UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE HORSTON,

       Plaintiff,

File no: 1:15-CV-1132

v.

HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation (ECF No. 17) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's Unopposed Application for Attorneys' Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 15), is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is awarded two thousand, seven hundred ten dollars and zero cents ($2,710.00) pursuant to the Equal Access to Justice Act.

Date:   November 15, 2016            /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      CHIEF UNITED STATES DISTRICT JUDGE